US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 0 6 2017

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:17 CR 20015-001 |
| | ) | |
| KORRIE SCARBROUGH | ) | 18 U.S.C. § 844(e) |

**INDICTMENT**

The Grand Jury Charges:

COUNT ONE

On or about February 14th, 2017, in the Western District of Arkansas, Fort Smith Division, the defendant, **KORRIE SCARBROUGH**, by means and use of an instrument of commerce, that is, a telephone, maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt to be made to unlawfully damage or destroy a medical clinic, by means of explosion, specifically to-wit: by making a phone call to Healthy Connections stating that there was a bomb in the building, in violation of 18 U.S.C. § 844(e).

A True Bill.

KENNETH ELSER
UNITED STATES ATTORNEY

*/s/ Grand Jury Foreperson*       By: [signature]
Grand Jury Foreperson                   Brice R. White
                                        Assistant U.S. Attorney
                                        Arkansas Bar No. 2010101
                                        414 Parker Avenue
                                        Fort Smith, AR  72901
                                        479-783-5125
                                        E-mail Brice.White@usdoj.gov

1